In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-14-00560-CV
_____

SCARLETT WOODS, Appellant

V.

CHERYL PAIGE, Appellee

On Appeal from the County Court at Law No. 1
Jefferson County, Texas
Trial Cause No. 126732

**MEMORANDUM OPINION**

Scarlett Woods filed a notice of appeal from an order sustaining a contest to a sworn statement of inability to pay costs in a forcible entry and detainer case. We questioned our jurisdiction. *See Redlich v. Ranch*, 02-14-00390-CV, 2015 WL 226038, at *1 (Tex. App.—Fort Worth Jan. 15, 2015, no pet. h.) (mem. op.) (holding that an order sustaining a contest to an affidavit of inability to pay is neither a final judgment nor an appealable interlocutory order). We directed the appellant to file a written response by February 17, 2015, but no response has been

1

filed. The appellant failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See* Tex. R. App. P. 42.3. Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on March 4, 2015
Opinion Delivered March 5, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.